United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHERYL GHERLONE**, | Case No.: 4:21-CV-09892-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: UNAUTHORIZED PRACTICE** |
| v. | |
| **HOBBY LOBBY STORES, INC.**, | |
| Defendant. | |

TO PLAINTIFF'S COUNSEL NASEER KHAN:

It appears that Naseer Khan from the NK Law Group has not been admitted to practice in this District. Therefore, Naseer Khan is **HEREBY ORDERED TO SHOW CAUSE** in writing no later than July 8, 2022, why he should not be sanctioned $200.00 for unauthorized practice. Counsel may consult Civil Local Rule 11 for the procedures for attorney admission.

**IT IS SO ORDERED**.

Dated: July 5, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**